J. M. Lee, as Comptroller of the State of Florida, v. Federal Bake Shop, Inc., a Corporation Under the State of Delaware.

3 So. (2nd) 511
En Banc
Opinion Filed July 29, 1941

J. Tom Watson, Attorney General, Nathan Cockrell, Assistant Attorney General, and Keen & Allen, for Appellant;

H. O. Pemberton, for Appellee.

Per Curiam.—The record and the briefs in this case have been examined and a majority of the Court have reached the conclusion that the chancellor misapplied the law as announced in Lee v. Federal Bake Shops, Inc., 142 Fla. 684, 196 So. 185. His decree is accordingly reversed with directions to dismiss the bill of complaint.

Reversed.

Brown, C. J., Whitfield, Terrell, Buford, Chapman, Thomas and Adams, J. J., concur.